# Exhibit A

## TECH HARD CARD       R081014646:01

R081014646:01

| Bill-To | 137268 | V.I.N  1XKDDB8X2BJ280055 | 279414 | Date |
|---|---|---|---|---|
| ROSEWOOD  12319 BATTLE RD  BEASLEY   TX77417  Phone   (832) 306-7311 | | Customer Unit Number   515  Make   KENWORTH  Model   T800  Year   2011  Owner   ROSEWOOD  137268 | | 09-Nov-2023 |

| In Serv Date: | 12/31/9999 | | Writer |
| Engine Model: | | PO# | 2669 |
| Engine S/N: | | | Odom In |
| Trans Model: | | | 0 |
| Trans S/N: | | License Plate # | Terms |
| Steer Axle Model: | | | CASH |
| Steer Axle S/N: | | | Tag |
| Front Rear Model: | | | NONE |
| Front Rear S/N: | | Date Promised: November 09, 2023 | |
| Rear Rear Model: | Ratio: | | |
| Rear Rear S/N: | | | |

**Op#1   Type: SR**

**TRANSMISSION GETS STUCK IN NETURAL**

0.00                    LABOR TO PERFORM REPAIRS

| TECH | ECM CAL OLD | ECM CAL NEW | TECH PROMO | CAT SIMS# | VENDOR CNTL# | DSID # |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| PC -Id | EST# | OLD S/N | | | | |
|  |  | NEW S/N | | | | |

rosewood.entl@gmail.com

Jeld:   14287596       \\SYS-WEB\Forms\Service\SVSLSHARDCARD.rpt       Page 1 of 1