# Exhibit B



# *PERFORMANCE TRUCK*

**34211 Katy Freeway**
**BROOKSHIRE, TX  77423**
Main - (281) 239-7383    Service - (281) 239-7383    Fax - (281) 239-7383





| | | | | | **Invoice** |
|---|---|---|---|---|---|

**Acct #**

| Bill-To | 137268 | V.I.N | | **R081014646:01** |
|---|---|---|---|---|
| **ROSEWOOD** | | **1XKDDB8X2BJ280055** | | **R0810146461** |

| | Year | **2011** | **COPY** |
|---|---|---|---|
| 12319 BATTLE RD | Make | **KENWORTH** | **Date** |
| | Model | **T800** | |
| BEASLEY          TX   77417 | Owner | **ROSEWOOD** | **2/17/2024** |
| (832) 306-7311       (832) 306-7311 | Engine Model | | **Billing Type** |
| | Engine Serial# | | |
| Unit ID #    279414   *Elizabeth 8)272 9442* | Trans Model | | **SR** |
| | Trans Serial # | | Customer Unit #    515 |

| Date In | Date In Service | Mileage | Date Out | Engine Hrs | Terms | Writer | Reviewer | Customer PO# |
|---|---|---|---|---|---|---|---|---|
| 11/9/23 | 12/31/99 | 790,603 | 11/9/23 | 0 | CASH | 2803 | 2803 | |

**Job#1  078-000**          *GENERAL REPAIRS, MUDFLAPS, HANGERS - ALL LOCATIONS*

**Condition**   TRANSMISSION GETS STUCK IN NETURAL

**Cause**

**Correction**   Customer states that truck wont come out of neutral. Drove inside shop. attempted to connect to the transmission. could not connect. made sure good can network at 120 ohm resistor. checks okay. made sure good resistance at the data link connector. made sure good connection at the engine side resistor. removed the transmission harness. made sure good can network. checks good. attempted to connect again. noticed that data link was spliced into. replacement of that portion of harness needed. was able to connect. found codes relating to the eca. checked power. checks okay. checked ground. checks okay. load tested system with high beam light. checks okay. shook harness. light never cut out. per steps replacement of eca needed. Went ahead and checked clutch life. clutch life is good but looks like system was never greased causing metal on metal contact. replacement of clutch needed per steps.
Replaced clutch with customers approval and inspected harness and oem connector. found that the harness had been spliced and damaged. found that the connector was damaged as wel l. replaced the harness and oem pluge. was able to power the unit up and keep shooting. found the TCM has failed on the unit . informed the customer and gave his an updated quote. Waiting on customers approval.

| Qty | Item | Description | BinId | Price | Extended |
|---|---|---|---|---|---|
| | | LABOR TO PERFORM REPAIRS | | | 6,210.00 |
| 1 | 0810/SCR-4235988448 | MAG 1 TRANS HD 50W FULL SYN (1 | PK27 | 157.17 | 157.17 |
| 1 | 081P/0411-240-2005 | TOOL-REMOVAL,DEUTSCH,SIZE 20 | SB01D | 5.98 | 5.98 |
| 6 | 081P/0413-204-2005 | PIN-CONNECTOR FIREWALL | SB01D | 3.64 | 21.84 |
| 1 | 081P/K3985 | KIT-HARNESS, TRANSMISSION | NOLOC | 320.67 | 320.67 |
| 1 | 081S/122002-35A | CLUTCH-ULTRASHIFTPLUS,2 IN,14 | PR14 | 2,498.46 | 2,498.46 |
| 1 | 081P/6306LLUA1C3/2E | BEARING | DiS23 | 18.26 | 18.26 |
| 1 | 081P/K4252RX | KIT-ECA INCLINE | SB03 | 1,343.18 | 1,343.18 |
| 1 | 081P/173631-7 | TERMINAL-FEMALE GOLD | SB01D | 4.11 | 4.11 |
| 1 | 081P/281934-2 | SEAL-ELECTRONIC AMP | SB31C | 4.35 | 4.35 |
| 1 | 081P/K4252RX-CORE | KIT-ECA INCLINE | CORBIN | 406.25 | 406.25 |
| 1 | OGBURN | SUBLET TO OGCURN'S TRUCK | | 97.50 | 97.50 |
| 1 | FRT | SHIPPING & HANDLING | | 0.00 | 0.00 |

| | Total Labor | 6,210.00 | Total Parts | 4,877.77 | Total | 11,087.77 |
|---|---|---|---|---|---|---|

## We are Hiring at this location for the following positions:
**Submit your application at www.performancetruck.com Click Careers**

| Outside Parts Sales | Service Technician | Truck Sales | Service Manager | Mobile |
|---|---|---|---|---|
| | Service Tech | Parts Driver | | |

JobId:    14287596
\\SYS-WEB\Forms\Service\Service Barcode Invoices\L0_0_SVSLS_RO_QR.rpt          Consolas 4/.90
Date Create: 11/9/2023  10:38:33AM
Date Update: 2/19/2024  9:24:53AM
Time Printed: 2/19/2024  9:25:27AM
Page 1 of 2

# ROSEWOOD

**R0810146461 continued**

Job#1 078-000 continued

| Qty | Item | Description | Price | Extended |
|-----|------|-------------|-------|----------|



## Ask Us about our Mobile Service Trucks
### We can assist on the
### ROAD or at YOUR BUSINESS

(281) 239-7383



(281) 239-7383

**NOTICE OF WARRANTIES**

Any warranties on the products sold hereby are those made by the manufacturer, if any. The seller hereby expressly disclaims all warranties either express are implied, including any implied warranty or merchantability or fitness for a particular purpose, and CLEVELAND MACK neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said product(s).

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of The Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator or Wage and Hour Division issued under Section 14 thereof.

**NOTICE PURSUANT TO SECTION 70.001, TEXAS PROPERTY CODE**

I am the person or an agent acting on behalf of the person, who is obligated to pay for the repair of the motor vehicle subject to the repair contract. I understand that this vehicle is subject to repossession in accordance with 9.503 of the Texas Business and Commerce Code, if a check or money order for repair on the vehicle is stopped, dishonored because of insufficient funds, no funds, or because the drawer or maker of the check or money order has no account or account on which it is drawn has closed.

SIGNATURE OF PERSON RESPONSIBLE OR FOR PERSON RESPONSIBLE

Signature here

Please Print your name

| | |
|---|---|
| **Labor:** | 6,210.00 |
| **Parts:** | 4,780.27 |
| **Misc. Charges** | 0.00 |
| **Diagnostic:** | 0.00 |
| **Sublet:** | 97.50 |
| **Shop :** | 250.00 |
| **Taxes: 8.25 %** | 423.04 |
| **Total:** | 11,760.81 |

**Please Remit Payment to:**

PERFORMANCE TRUCK
1263 U.S. HWY 59 NORTH
CLEVELAND, TX  77328

### Credit Card Accepted only when present at time of payment and with proper Identification documents



Jcld:      14287596
\\SYS-WEB\Forms\Service\Service Barcode Invoices\10_0_SVSLS_RO_QR.rpt

Consolas 4i.90

Date Create:  11/9/2023  10:38:33AM
Date Update:  2/19/2024  9:24:53AM
Time Printed: 2/19/2024  9:25:27AM