# Exhibit C

```
                              04/18/2024
                    TEXAS DEPARTMENT OF MOTOR VEHICLES
                    VEHICLE TITLES AND REGISTRATION DIVISION


LIC TONLY12 MAR/2010 OLD # -NONE- N/A EWT 18500 GWT  80000
APPORTIONED TRK SINGLE PLT, STKR          REG CLASS  06    $ 0.00 ATASCOSA
 CNTY
TITLE 00720044733130528 ISSUED 12/13/2022 ODOMETER N/A REG DT 12/09/2022
YR:2011 MAK:KW   MODL:     BDY STYL:TR VEH CLS:TRK<=1    SALE PRC:       $0.00
VIN: 1XKDDB8X2BJ280055 BODY VIN: COLOR: WHITE
PREV TTL: JUR ND TTL # ND1402645504      ISSUE 08/17/2021
PREV OWN  BARRY WEGNER,BISMARK,ND
OWNER     ROSEWOOD ENTERPRISE LLC,,1372 W FM 476,,POTEET,TX,77065
LIEN      05/30/2022,MISSION FINANCIAL,,P O BOX 2049,,CORONA,CA,92878
PLATE AGE: 14   LAST ACTIVITY 12/13/2022 RLSAUT OFC: 297
REMARKS DATE OF ASSIGNMENT:2022/05/31.PAPER TITLE.FUEL TYPE: DIESEL.DUPLICAT
E VIN - RECORD  1 OF    2.
```

                    *TITLE AND REGISTRATION VERIFICATION*
                          USER NAME: WB24802